# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAMELA DILLARD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COMENITY LLC,<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-10025<br>Honorable Victoria A. Roberts<br>Magistrate Paul J. Komives |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Pamela Dillard and Defendant Comenity LLC, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　S/Victoria A. Roberts
Dated:  2/10/2015　　　　　　　　　　　　　United States District Judge


Stipulated and Agreed: February 10, 2015

| | |
|---|---|
| /s/ Sergei Lemberg (w/ consent) | /s/ Charity A. Olson |
| Sergei Lemberg, Esq. | Charity A. Olson (P68295) |
| LEMBERG LAW, LLC | OLSON LAW GROUP |
| 1100 Summer Street, 3rd Floor | 2723 S. State St., Suite 150 |
| Stamford, CT 06905 | Ann Arbor, MI 48104 |
| T: (203) 656-2250 | T: (734) 222-5179 |
| F: (203) 653-3424 | F: (866) 941-8712 |
| slemberg@lemberglaw.com | colson@olsonlawpc.com |

1